# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP and Its Individual Members, ALERIS ROLLED PRODUCTS, INC.; ARCONIC CORPORATION; COMMONWEALTH ROLLED PRODUCTS INC.; CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC; JW ALUMINUM COMPANY; NOVELIS CORPORATION; and TEXARKANA ALUMINUM, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>Defendant. | SUMMONS <br><br> Court No. 21-00252 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiffs.</u>

   Plaintiffs in this action are the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.) (collectively, "Plaintiffs"). The individual members of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of common alloy aluminum sheet ("CAAS"), the domestic like product. Additionally, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group is a

trade or business association, a majority of whose members manufacture, produce, or wholesale CAAS in the United States. Moreover, Plaintiffs were parties to the proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act. See 19 U.S.C. § 1677(9)(C) and (E). As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

   The contested determination is the U.S. Department of Commerce's (the "Department") final affirmative determination of sales at less than fair value in its investigation of <u>Common Alloy Aluminum Sheet From Turkey: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 86 Fed. Reg. 13,326 (Dep't Commerce Mar. 8, 2021). The antidumping duty order on CAAS from Turkey was published on April 27, 2021. See <u>Common Alloy Aluminum Sheet from Bahrain, Brazil, Croatia, Egypt, Germany, India, Indonesia, Italy, Oman, Romania, Serbia, Slovenia, South Africa, Spain, Taiwan and the Republic of Turkey: Antidumping Duty Orders</u>, 86 Fed. Reg. 22,139, 22,142 (Dep't Commerce Apr. 27, 2021). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the antidumping duty order, and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

3. <u>Date of determination</u>

   The U.S. Department of Commerce's final determination was signed on March 1, 2021 and was published in the <u>Federal Register</u> on March 8, 2021.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

   The U.S. Department of Commerce's final determination was published in the <u>Federal Register</u> on March 8, 2021. See <u>Common Alloy Aluminum Sheet From Turkey: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 86 Fed. Reg. 13,326 (Dep't Commerce Mar. 8, 2021). The subsequent antidumping duty order was published on April 27, 2021. See <u>Common Alloy Aluminum Sheet from Bahrain, Brazil, Croatia, Egypt, Germany, India, Indonesia, Italy, Oman, Romania, Serbia, Slovenia, South Africa, Spain, Taiwan and the Republic of Turkey: Antidumping Duty Orders</u>, 86 Fed. Reg. 22,139 (Dep't Commerce Apr. 27, 2021).

/s/ John M. Herrmann
JOHN M. HERRMANN
PAUL C. ROSENTHAL
R. ALAN LUBERDA
JOSHUA R. MOREY
JULIA A. KUELZOW
jherrmann@kelleydrye.com
prosenthal@kelleydrye.com
aluberda@kelleydrye.com
jmorey@kelleydrye.com
jkuelzow@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8488

Counsel to the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and Its Individual Members (Aleris Rolled Products, Inc.; Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.)

Dated:  May 25, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

        Director, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        General Counsel
        U.S. Department of Commerce
        14th Street & Constitution Avenue, N.W.
        Washington, D.C. 20230

By Hand:    Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza
        New York, NY 10278-0001

        The Honorable Mario Toscano
        Clerk of the Court

Date: May ___ , 2021        By:_____